**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **KAMOLKHON ABDUSAMAT UGLI SALIMOV #A245-534-862** | **CASE NO.  25-cv-1040 SEC P** |
| -vs- | **JUDGE DRELL** |
| **U S IMMIGRATION & CUSTOMS ENFORCEMENT** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 25), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED, and Petitioner shall be released by *FEB. 28, 2026*

THUS DONE AND SIGNED at Alexandria, Louisiana this *19th* day of February 2026.

**DEE D. DRELL, SENIOR JUDGE**
**UNITED STATES DISTRICT COURT**